

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2020

BY CM/ECF

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Ahmad Naqvi
               S1 16 Cr. 356 (ER)

Dear Judge Ramos:

      The Government respectfully requests, with the consent of the defendant, that the Court enter an order of judicial removal regarding Ahmad Naqvi. A proposed order and supporting documents are attached.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:   /s/
      Joshua A. Naftalis
      Assistant United States Attorney
      (212) 637-2310

Enclosures

cc:    Julia Gatto, Esq.